UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CHEHOVA, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CAPIO PARTNERS, LLC,<br><br>                    Defendant. | Civil Action No.: 1:20-cv-03942<br><br>**NOTICE OF APPEARANCE** |

TO: The Clerk of Court and All Parties of Record:

Please enter my appearance as counsel for plaintiff Joseph Chehova in the above-referenced action.  I certify that I am admitted to practice in this Court.


DATED:  August 25, 2020        **COHEN & MIZRAHI LLP**


                                          /s/ Joseph H. Mizrahi
                                      JOSEPH H. MIZRAHI

300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
joseph@cml.legal

*Attorneys for Plaintiff*