| Attorney or Party without Attorney:<br>Jonathan B. Weiss, Esq.<br>Cohen & Mizrahi LLP<br>300 Cadman Plaza West<br>12th Floor<br>Brooklyn, NY 11201<br>Telephone No: 929-575-4175    FAX No: 929-575-4195 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York | | | | |
| Plaintiff: Joseph Chehova, et al. | | | | |
| Defendant: Capio Partners, LLC | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV03942WFKJO |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet; Certification of Arbitration Eligibility

3. a. Party served: Capio Partners, LLC
   b. Person served: Gina Martinez, Employee of the Buildings Messenger Center. Hispanic, Female, 25-30 Years Old, Brown Hair, Brown Eyes, Wearing Glasses, 4 Feet 10 Inches, 130-140 Pounds (Served per CT Corp. current policy in place due to COVID19)

4. Address where the party was served: C T Corporation
   28 Liberty Street
   New York, NY 10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 27, 2020 (2) at: 9:53AM

7. **Person Who Served Papers:**                            Fee for Service:
   a. Bobby Ali
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons & Complaint

(Bobby Ali)

jomrei.210036