UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CHEHOVA, on behalf of himself and all others similarly situated, | Case No.: 1:20-cv-03942-WFK-JO |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| CAPIO PARTNERS, LLC, | |
| Defendant. | |

Now comes the Plaintiff, Joseph Chehova, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated:  Brooklyn, New York
        October 1, 2020

Respectfully submitted,

**COHEN & MIZRAHI LLP**

/s/  *Jonathan B. Weiss*