UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSEPH CHEHOVA, on behalf of himself and : Case No.: 1:20-cv-03942-WFK-JO
all others similarly situated,

                        Plaintiffs,     **STIPULATION OF DISMISSAL AND**
  vs.     **ORDER**

CAPIO PARTNERS, LLC,

                      Defendant.
---------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Capio Partners, LLC shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: October 21, 2020            **COHEN & MIZRAHI LLP**

                                                      /s/ *Jonathan B. Weiss*
                                                JONATHAN B. WEISS

JONATHAN B. WEISS
JOSEPH H. MIZRAHI
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
jonathan@cml.legal
joseph@cml.legal

*Attorneys for Plaintiff Joseph Chehova*

1

| | |
|---|---|
| DATED: October 21, 2020 | **SESSIONS, FISHMAN, NATHAN & ISRAEL** |
| |       /s/ *Aaron R. Easley, with consent* <br>            AARON R. EASLEY |

AARON R. EASLEY
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: 908/237-1660
908/237-1663 (fax)
aeasley@sessions.legal

*Attorneys for Defendant Capio Partners, LLC*

SO ORDERED:

   s/ WFK
―――――――――――――――
JUDGE, U.S. District Court
Eastern District of New York

2